```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  JACKSON DIVISION
```

EARLENE PATRICK                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:10CV582TSL-MTP

MICHAEL J. ASTRUE, COMMISSIONER                              DEFENDANT
SOCIAL SECURITY ADMINISTRATION

## ORDER

This cause is before the court on the magistrate judge's June 13, 2012 report and recommendation. No objections having been filed and having reviewed the report and recommendation, the court hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Michael T. Parker entered on or about June 13, 2012, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that commissioner's motion to affirm is granted and that plaintiff's motion for summary judgment is denied.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the 3rd day of July, 2012.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE